IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH MAY,

    Plaintiff,

v.

Case No. 18-cv-17-wmc

COLUMBIA CORRECTIONAL INSTITUTION, CO TAYLOR, CO BERGREN, UNIT MANAGER L. WALKER, LT. GIROUX, SECURITY DIRECTOR L. WEBER, WARDEN M. DITTMAN, AND MARY LEISER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/20/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |